Jenifer Lynn Balch, Gwinn & Roby, Dallas, TX, Thomas C. Riney, Riney & Mayfield, Amarillo, TX, for Plaintiff–Appellee.

Mark Douglas White, Sprouse Shrader Smith, Amarillo, TX, for Defendant–Appellant.

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM: *

On August 19, 2008, 289 Fed.Appx. 786, this Court affirmed the final judgment of the District Court except for a limited remand on the amount of appellate attorneys' fees. The parties have reached an agreement on the amount and all fees have been paid. This court now enters judgment based on the August 19th, 2008 opinion and grants the motion to dismiss.

---

James **SULLIVAN**, Plaintiff–Appellant

v.

**BOYD TUNICA INC.**, doing business as Sam's Town Casino Tunica; Mississippi Gaming Commission; William Anderson, Individually and in his capacity as a Mississippi Gaming Official; Pat Hawkins, Individually and in his capacity as a Mississippi Gaming Official; Faye Perkins, Defendants–Appellees.

No. 07–60831.

United States Court of Appeals,
Fifth Circuit.

Sept. 9, 2008.

Craig V. Morton, Morton & Germany, Memphis, TN, for Plaintiff–Appellant.

Peyton S. Irby, Jr., Watkins, Ludlam, Winter & Stennis, Jackson, MS, Deanne B. Saltzman, Billy C. Campbell, Holcomb & Dunbar, Southaven, MS, for Defendants–Appellees.

Before BARKSDALE, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

We find that the district court committed no reversible error and affirm on the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

basis of the district court opinion. *See* 5th Cir. R. 47.6.

